UNITED STATES DISTRICT COURT  js-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-9159-JFW (PLAx)**　　　　　　　　　　　　Date: January 11, 2017

Title:　　Sofjan Bahaudin -v- Eric K. Fanning, et al.

**PRESENT:**

　　HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　　None　　　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**　　ORDER DISMISSING ACTION WITHOUT PREJUDICE

　　　　As a result of the Plaintiff's failure to respond to the Defendant's attempt to comply with the Court Order requiring preparation of the Joint Rule 26(f) Report, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for January 30, 2017, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

　　　　IT IS SO ORDERED.

Initials of Deputy Clerk  sr